**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TAMER SALAH, | |
| Plaintiff, | Case No. 1:17-cv-08477 |
| v. | |
| JPMORGAN CHASE BANK, N.A, | Honorable Judge Sara L. Ellis |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that TAMER SALAH ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 45 days. The Parties propose to file a stipulated dismissal with prejudice within 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 13th day of February, 2018.

                                                        Respectfully submitted,

                                                        *s/ Mohammed O. Badwan*
                                                        Mohammed O. Badwan
                                                        Sulaiman Law Group, Ltd.
                                                        2500 S. Highland Ave., Ste. 200
                                                        Lombard, IL 60148
                                                        (630) 575-8181
                                                        mbadwan@sulaimanlaw.com
                                                        *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*
Mohammed O. Badwan
