# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TAMER SALAH, | |
| Plaintiff, | Case No.: 1:17-cv-08477 |
| v. | Honorable Judge Sara L. Ellis |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TAMER SALAH and the Defendant, CHASE BANK USA, N.A. (incorrectly sued as JPMORGAN CHASE BANK, N.A.), through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 13, 2018                                                   Respectfully Submitted,

**TAMER SALAH**                                                         **CHASE BANK USA, N.A.**

*/s/ Mohammed O. Badwan*                                                */s/ Brett H. Pyrdek (with consent)*
Mohammed O. Badwan                                                      Brett H. Pyrdek
*Counsel for Plaintiff*                                                 *Counsel for Chase Bank USA, N.A.*
Sulaiman Law Group, LTD                                                 Barnes & Thornburg, LLP
2500 S. Highland Ave., Ste. 200                                         One North Wacker Drive, Suite 4400
Lombard, Illinois 60148                                                 Chicago, IL 60606
Phone: (630) 575-8181                                                   Phone: (312) 357-1313
mbadwan@sulaimanlaw.com                                                 bpyrdek@btlaw.com