UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Tamer Salah

                Plaintiff,

v.                                           Case No.: 1:17−cv−08477
                                                    Honorable Sara L. Ellis

JPMorgan Chase Bank, N.A.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 19, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to agreed stipulation of dismissal #(25), this action is dismissed with prejudice. Each party shall bear its own costs and attorney fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.